■ The People of the State of New York, Respondent, v. Robert Mulkerrin, Appellant.—

Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Moule, JJ.

■ In the Matter of the Estate of Susan D. Debout, Deceased. Lucile Gabel, Appellant; Susan M. Dignen et al., Respondents.—

Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Moule, JJ.